IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| STEADIVEST, LLC | CASE NO. 09-01013 EE |

**TRUSTEE'S OBJECTION TO CLAIM NO. 44 - BARBARA ALLBRITTON**

COMES NOW Derek A. Henderson, Trustee and files this his Objection to Claim No. 44 - Barbara Allbritton and in support thereof would show unto the Court the following:

1.

On March 23, 2009, Steadivest, LLC ("Debtor") filed its petition under Chapter 11 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. On May 15, 2009, the case was converted to Chapter 7. Derek A. Henderson was appointed the Chapter 7 Trustee ("Trustee").

2.

The Court set a Claims Bar Date of September 8, 2009.

3.

On July 15, 2009, Barbara Allbritton filed a claim in the amount of $20,000.00 (Claim No. 44). This claim is filed as a general unsecured claim. The claim is not a debt of SteadiVest, LLC. The debt is in the name of MTW Investment Financing, LLC. The Trustee objects to the claim. The Trustee does not object to the SteadiVest Capital Contribution of $20,000.00.

WHEREFORE, the Trustee requests the Court to find that his Objection to Claim No. 44 - Barbara Allbritton is well taken and should be sustained.

Respectfully submitted,

By:   s / Derek A. Henderson
      Derek A. Henderson
      Trustee and Attorney for the Trustee

## CERTIFICATE OF SERVICE

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing Objection to Claim No. 44 - Barbara Allbritton to the following:

Barbara Allbritton
251 Swan Lake Drive
Jackson, MS 39212-5337

Office of the United States Trustee
100 West Capitol Street
Suite 706
Jackson, MS 39269

Jeffrey K. Tyree
Harris, Jernigan & Geno
PO Box 3380
Ridgeland, MS 39158-3380

This the 20th day of January, 2011.

s / Derek A. Henderson
DEREK A. HENDERSON, TRUSTEE
AND ATTORNEY FOR THE TRUSTEE

**DEREK A. HENDERSON, MSB #2260**
**111 East Capitol Street, Suite 455**
**Jackson, Mississippi 39201**
**(601) 948-3167**
**d_henderson@bellsouth.net**