IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

RULE 3011

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                                    CHAPTER 7

STEADIVEST, LLC                                                      CASE NO. 09-01013-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| Barbara Allbritton | 251 Swan Lake Drive<br>Jackson, MS 39212-5337 | $ 517.34 |
| Barbara Allbritton | 251 Swan Lake Drive<br>Jackson, MS 39212-5337 | $5,095.66 |
| Citibank, N.A. | 701 East 60th Street North<br>Sioux Falls, SD 57117 | $ 33.08 |

Dated: June 3, 2013

Respectfully submitted,

Derek A. Henderson

/s/ Derek A. Henderson
DEREK A. HENDERSON, TRUSTEE
1765-A Lelia Dr., Suite 103
Jackson, MS 39216
(601) 948-3167