UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF THE STATE OF MISSISSIPPI

In re: )
) Case No: 09-01013-EE
Steadivest, LLC, )
) (Chapter 7)
Debtor(s) )

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 1 6 2014
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Dilks & Knopik, LLC, attorney-in-fact for Billy Cook Jr. Executor to the estate of Billy Mack McEachern a/k/a B. M. McEachern (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $6,390.73. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Billy Cook Jr. Executor to the estate of Billy Mack
McEachern a/k/a B. M. McEachern

Dated: September 9, 2014

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for Billy Cook Jr.
35308 SE Center St
Snoqualmie, WA 98065-9216
(425) 836-5728

Sworn and subscribed to, before me
this _____9_____ day of September 2014
_____
Caryn M. Dilks, Notary Public
for State of Washington, County of King
Commission Expires: July 29, 2018

# CERTIFICATE OF MAILING

I hereby certify that on September 9, 2014 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
501 East Court Street
Suite 4.430
Jackson, Mississippi 39201

US Trustee
R. Michael Bolen
100 W. Capitol Street, Suite 706
Jackson, MS 39269

Chapter 7 Trustee
Derek A Henderson T1
1765-A Lelia Drive, Suite 103
Jackson, MS 39216

Debtors Counsel
Craig M. Geno
587 Highland Colony Pkwy.
Ridgeland, MS 39157

Debtor
Steadivest, LLC
4 Country Place
Pearl, MS 39208

Dated: September 9, 2014

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for Billy Cook Jr.