IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

RULE 3011

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                                                CHAPTER 7

STEADIVEST, LLC                                         09-01013-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| Mildred Freda Hudson and Eva H. Lacey & Johnie Hudson | 100 Camelia Trail Brandon, MS  39047 | $7,458.52 |

Dated: October 8, 2014

Respectfully submitted,

Derek A. Henderson

*(signature)*

DEREK A. HENDERSON, TRUSTEE
1765-A Lelia Dr., Suite 103
Jackson, MS  39216
(601) 948-3167