MSSB Form 1340 (12/19)

**Fill in this Information to identify the case:**

Debtor 1: Steadivest LLC
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if any): _____
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 09-01013

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 24 2022
DANNY L. MILLER, CLERK
BY _____ DEPUTY CLERK

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

Amount: $5613.00

Claimant's Name: Barbara Allbritton (deceased)

Claimant's Current Mailing Address: 185 Oak Ridge Drive, Raymond MS 39154

Claimant's Current Telephone Number: 601-540-0249

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☒ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Application for Payment of Unclaimed Funds         Page 1 of 2

MSSB Form 1340 (12/19)

### 4. Notice to United States Attorney

Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

[X] Jackson Office

U.S. Attorney's Office
501 East Court Street, Suite 4.430
Jackson, MS 39201

[ ] Gulfport Office

U.S. Attorney's Office
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 8/11/2022

*Carla Renee Allbritton Donald*
Signature of Applicant

Carla Renee Allbritton Donald
Printed Name of Applicant

Address: 185 Oak Ridge Drive, Raymond, MS. 39154

Telephone: 601-540-0249
Email: jdrd185@me.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Applicant

_____
Printed Name of Applicant

Address:

Telephone:
Email:

### 6. Notarization

STATE OF Mississippi
COUNTY OF Hinds

This Application for Unclaimed Funds, dated 8/11/2022 was subscribed and sworn to before me this 11 day of Aug, 2022 by Carla Renee Allbritton Donald

Who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) *Gwendolyn Griffin*

Notary Public

My commission expires: Sept 16, 2023

### 6. Notarization

STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____

Who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)

_____
Notary Public

My commission expires: