August 22, 2022

U.S. Attorney's Office
501 East Court Street, Suite 4.430
Jackson, MS 39201

RECEIVED
AUG 2 4 2022
U.S. Bankruptcy Court
Southern District of MS

Regarding Unclaimed Funds for:
Barbara Allbritton Estate
185 Oak Ridge Drive
Raymond, MS 39154

To whom it may concern,

   My name is Carla Renee Allbritton Donald, daughter of Barbara Allbritton, and represent her estate. Barbara Allbritton's mailing address at the time of her death was 251 Swan Lake Drive, Jackson, MS 39212. I notified and filed necessary documents after her passing for a change of address to my personal address listed below.
   I am submitting a claim for unclaimed funds that are listed in the U.S. Bankruptcy Unclaimed Funds Locator for Barbara Allbritton. I am requesting the return of unclaimed as the final step of closing my mother's estate. I am providing a copy of the Final Probate document, mother's death certificate, document listing the accounts available from the US Bankruptcy regarding funds from Steadivest LLC, and a copy of my drivers license.
   If you have any questions or need any additional information by contacting me at the address or phone number listed below.

Thank you

*Carla Renee Allbritton Donald*

Carla Renee Allbritton Donald
185 Oak Ridge Drive
Raymond, MS 39154
Cell phone 601-540-0249
Email jdrd185@me.com