___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 20, 2022**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    STEADIVEST, LLC,                                               CASE NO. 09-01013-JAW

    DEBTOR.                                                                     CHAPTER 7

## ORDER GRANTING APPLICATION
## FOR PAYMENT OF UNCLAIMED FUNDS

On October 17, 2022, an Application for Payment of Unclaimed Funds (the "Application") (Dkt. #888) was filed by Carla Renee Allbritton Donald and Jamie Elaine Allbritton Slade, on behalf of Barbara Allbritton Estate (the "Claimant"), for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).  The Application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $5,613.00 held in unclaimed funds be made payable to the Claimant and be disbursed to the payee at the following address: 185 Oak Ridge Drive, Raymond, MS 39154.  The Clerk will disburse the funds not earlier than 14 days after entry of this order.

## END OF ORDER##